```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                           TAMPA DIVISION
DEBRA WRIGHT,

               Plaintiff,
                                  Case No.: 8:07-cv-1586-T-33MAP
v.

STANDARD INSURANCE COMPANY,

               Defendant.
_____/
```

**ORDER**

This matter comes before the Court pursuant to the parties' Joint Motion for Stay of Discovery and Pretrial Deadlines Pending Adjudication of Potentially Dispositive Motions (Doc. # 59), which was filed on October 7, 2008.

The parties jointly seek an order staying all discovery and all pretrial deadlines in this case pending the outcome of pending dispositive motions.[1] Although the motion to stay is unopposed, this Court declines to grant the requested stay. In <u>Patterson v. United States Postal Service</u>, 901 F.2d 927 (11th Cir. 1990), the court ruled, "Matters pertaining to discovery are committed to the sound discretion of the

---

[1] Defendant filed its Motion for Reconsideration of Order Granting Leave to Amend Complaint and Denying Motion for Summary Judgment Motions (Doc. # 54) on September 29, 2008, and filed its Motion to Dismiss Fourth Amended Complaint with Prejudice (Doc. # 57) on October 6, 2008. Also pending before the Court is Defendant's Motion for Statutory Attorney's Fees as to Count I of the Third Amended Complaint (Doc. # 55), which was filed on October 2, 2008.

district court." <u>Id.</u> at 929. While the Court is not commenting on the merits of the pending dispositive motions in this case, the Court does find that an order staying discovery and all pretrial deadlines would be an inappropriate case management strategy.

Accordingly, it is hereby

**ORDERED, ADJUDGED, and DECREED**:

The parties' Joint Motion for Stay of Discovery and Pretrial Deadlines Pending Adjudication of Potentially Dispositive Motions (Doc. # 59) is **DENIED**.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this <u>9th</u> day of October, 2008.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Counsel of Record